NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVE W. MOUNTFORD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7200

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-1759, Judge Robert N. Davis.

---

## ON MOTION

---

## O R D E R

Upon consideration of the parties joint motion to dismiss this appeal due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

JUN 2 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert L. Kinder, Jr., Esq.
     Todd M. Hughes, Esq.

s25

Issued As A Mandate:  JUN 2 1 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 1 2012

JAN HORBALY
CLERK